IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No.: 3:17-cv-00018-GCM

| | |
|---|---|
| JANIE TILSON,<br><br>    Plaintiff,<br><br>v.<br><br>EVERY DAY IS A HOLIDAY, INC. d/b/a CENTURION STONE OF THE CAROLINAS & GARY SPANGLER,<br><br>    Defendants. | ORDER |

  **THIS MATTER** is before the Court on the Petition for Confirmation of Title VII Retaliation Fee Award submitted by Defendants Todd Grear and Gary Spangler (Doc. No. 23).

  42 U.S.C. § 2000e-5(k) allows the Court in a Title VII action to, in its discretion, award the prevailing party a reasonable attorney's fee as part of the costs. Plaintiff filed a complaint against Grear, Spangler, and Every Day is a Holiday, Inc. Relevant to this Petition is Count III of the Complaint, a Title VII retaliation claim filed against all three Defendants.

  In this Court's August 1, 2017 Order on Defendants' Motion to Dismiss, the Court found that the Title VII retaliation claim was brought without any foundation with respect to Defendants Grear and Spangler. The Court accordingly dismissed that claim as to Grear and Spangler and held that Grear and Spangler are entitled to a reasonable attorney's fee.

  Grear and Spangler request payment of $4,237.60. However, because the Motion to Dismiss was filed on behalf of all three Defendants and included research and briefing on four other causes of action alleged by Tilson (several of which contained more in-depth research and

analysis than the Title VII retaliation claim), the Court finds that the amount requested is excessive. Instead, the Court will award half of the amount requested, reducing it to $2,118.80.

Accordingly, the Petition is GRANTED IN PART. Plaintiff is hereby ordered to pay Defendants Grear and Spangler, collectively, $2,118.80.

**SO ORDERED.**

Signed: December 19, 2017

Graham C. Mullen
United States District Judge