IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO.: 3:17-cv-00018-GCM

| | |
|---|---|
| JANIE TILSON,<br><br>       Plaintiff,<br><br>v.<br><br>EVERY DAY IS A HOLIDAY, INC.<br>d/b/a CENTURION STONE OF THE<br>CAROLINAS, GARY SPANGLER,<br><br>       Defendants. | **ORDER** |

**THIS MATTER** is before the Court upon Defendants' Motion to Withdraw its prior Motion to Quash and for Entry of a Protective Order to Prevent the Deposition of J. Nathan Duggins III (the "Motion"). The Court, having considered the Motion and noting that it is consented to, finds good cause exists to GRANT the Motion.

**IT IS, THEREFORE, ORDERED** that the Motion to Withdraw (Doc. No. 33) is **GRANTED** and the prior Motion to Quash (Doc. No. 21) is **WITHDRAWN.**

Signed: February 22, 2018

Graham C. Mullen
United States District Judge